1  SANFORD JAY ROSEN – 062566
   ERNEST GALVAN – 196065
2  LESLIE C. MEHTA – 258512
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, 10th Floor
   San Francisco, California  94104-1823
4  Telephone:  (415) 433-6830
   Facsimile:  (415) 433-7104
5  Email:      srosen@rbg-law.com
               egalvan@rbg-law.com
6              lmehta@rbg-law.com

7  GERI LYNN GREEN – 127709
   LAW OFFICES OF GERI LYNN GREEN, LC
8  155 Montgomery Street, Suite 901
   San Francisco, California  94104-4166
9  Telephone:  (415) 982-2600
   Facsimile:  (415) 358-4562
10 Email:      gerilynngreen@gmail.com

11 Attorneys for Plaintiff PETER KNOWLES

12

13             IN THE UNITED STATES DISTRICT COURT

14             FOR THE EASTERN DISTRICT OF CALIFORNIA

15

| 16 | PETER KNOWLES, | Case No. 2:09-CV-03470-WBS-DAD |
|---|---|---|
| 17 | Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO QUASH OR MODIFY THIRD PARTY SUBPOENAS AND FOR A PROTECTIVE ORDER** |
| 18 | v. | |
| 19 | CITY OF BENICIA, Police Chief SANDRA SPAGNOLI, City Manager JIM ERICKSON, Sergeant FRANK HARTIG, Sergeant BOB OETTINGER, Sergeant CHRIS BIDOU, Sergeant SCOTT PRZEKURAT, Officer JOHN McFADDEN, Officer MARK MENESINI, Officer JAMES LAUGHTER, Officer KEVIN ROSE, Officer JASON EAKIN, Officer, TED CRIADO, Officer JAKE HEINEMEYER, and DOES I through XXX, inclusive, | Date:  November 12, 2010<br>Time:  10:00 a.m.<br>Place:  Courtroom 27, 8th Floor<br>Judge: Dale A. Drozd |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | Defendants. | |

26

27

28

[416502-1]

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO QUASH OR MODIFY THIRD PARTY SUBPOENAS AND
FOR A PROTECTIVE ORDER – CASE NO. 2:09-CV-03470-WBS-DAD

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on November 12, 2010, at 10:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 501 I Street, Suite 4-200, Sacramento, California 95814, Plaintiff Peter Knowles ("Plaintiff") will and hereby does move the Court to quash or modify Defendants' subpoena requests to the following third party entities: Counseling and Psychological Services; The California Maritime Academy; Benicia Marina; Sacramento City College; American River College; Cosumnes River College; Mercy Medical Group, Attn: Custodian of Records; Mercy Medical Group, Attn: Sue Chappell; A Secure Choice, Inc.; and California State University of Monterey Bay (collectively, "third party entities").

Plaintiff does not seek to deny Defendants any of the documents requested. Plaintiff only requests that the following private and personal information be redacted from the documents by the third party entities prior to their production to Defendants: Plaintiff's social security number, driver's license, telephone number, present address, billing account number, policy number, card number, group number, member name and address for Mr. Knowles or his relatives, claim number, patient account number, sequence number, student identification number and other personal identification information. This information is simply not relevant to this proceeding and, based on Defendants' relentless harassment of Plaintiff in the past, can only be seen as a way of further harassing and intimidating him. Accordingly, this information must be redacted from the documents that are to be produced to Defendants by the third party entities prior to their production and an appropriate protective order must be issued for the protection of Plaintiff's personal and private information in the future.

This motion is based upon this Notice and Motion, the accompanying Memorandum of Points and Authorities in Support of Motion to Quash or Modify Third Party Subpoenas and for a Protective Order, Declaration of Leslie Chambers Mehta, exhibits attached to the declarations

///

///

///

1

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO QUASH OR MODIFY THIRD PARTY SUBPOENAS AND FOR A PROTECTIVE ORDER – CASE NO. 2:09-CV-03470-WBS-DAD

[416502-1]

1 | and all pleadings and papers on file in this action, and upon such other matters as may be
2 | presented to the Court at the time of the hearing.
3
4 | Dated: November 10, 2010            Respectfully submitted,
5 |                                     ROSEN, BIEN & GALVAN, LLP
6
7 |                                     By: /s/ Leslie C. Mehta
   |                                         LESLIE C. MEHTA
8
9 | Dated: November 10, 2010            LAW OFFICES OF GERI LYNN GREEN, LC
10
11 |                                    By: /s/ Geri L. Green
   |                                        GERI LYNN GREEN
12 |                                    Attorneys for Plaintiff PETER KNOWLES

2

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO QUASH OR MODIFY THIRD PARTY SUBPOENAS AND FOR A PROTECTIVE ORDER – CASE NO. 2:09-CV-03470-WBS-DAD

[416502-1]