1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PETER KNOWLES,

11             Plaintiff,                    No. CIV S-09-3470 WBS DAD

12        v.

13   CITY OF BENICIA, et al.,               ORDER

14             Defendants.

15   _____/

16        Plaintiff has filed a motion to shorten time for hearing his November 10, 2010

17   motion to quash or modify third party subpoenas and for a protective order.  Also before the

18   court is plaintiff's November 10, 2010 motion to stay production of documents pending a ruling

19   on plaintiff's motion to quash or modify subpoenas and for protective order.  In addition,

20   defendants filed a motion for sanctions on November 11, 2010.

21        Upon consideration of the parties' filings, IT IS HEREBY ORDERED that:

22        1.  Plaintiff's motion to quash or modify third-party subpoenas and for a

23   protective order (Doc. No. 17) is denied with respect to the motion to quash or modify;

24        2.  Plaintiff's motion to shorten time (Doc. No. 23) is granted in part, and

25   plaintiff's motion for a protective order is specially set for hearing on Tuesday, November 16,

26   /////

1

1    2010, at 1:30 p.m.  Defendants' motion for sanctions (Doc. No. 32) will be heard at that time as

2    well;

3              3.  Defendants shall seal, without examining, all documents produced to

4    defendants in response to the third-party subpoenas at issue, pending the court's ruling on

5    plaintiff's motion for a protective order;

6              4.  If plaintiff wishes to respond to defendants' briefing solely on the issue of

7    plaintiff's motion for a protective order and defendants' motion for sanctions, plaintiff may file a

8    reply that does not exceed five pages in length and does not include any attachments, exhibits, or

9    declarations; plaintiff's reply, if any, must be filed by noon on Monday, November 15, 2010, and

10   no sur-reply or further briefing of any kind may be filed;

11             5.  Counsel may appear telephonically at the hearing of plaintiff's motion for a

12   protective order.  Any party who wishes to appear telephonically shall arrange such appearance

13   by contacting Pete Buzo, Courtroom Deputy to the undersigned, at (916) 930-4128, no later than

14   1:30 p.m. on Monday, November 15, 2010.  A land-line telephone number must be provided; and

15             6.  Plaintiff's motion to stay production of documents (Doc. No. 22) is denied.

16   DATED: November 12, 2010.

18   _____

     DALE A. DROZD

19   UNITED STATES MAGISTRATE JUDGE

21   DAD:kw
22   Ddad1\orders.civil\knowles3470.ord.shortening.time

2