IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER KNOWLES,

    Plaintiff,                    No. CIV S-09-3470 WBS DAD

    v.

CITY OF BENICIA, et al.,          ORDER

    Defendants.

_____/

        Pursuant to an order shortening time, this matter came before the court on November 16, 2010, for hearing of plaintiff's motion for protective order and defendants' motion for sanctions. Attorneys Geri L. Green and Leslie C. Mehta appeared telephonically for plaintiff. Jennifer L. Rusnak, Esq. appeared for defendants. Upon consideration of the parties' arguments, and for the reasons set forth in detail on the record, plaintiff's motion for protective order (Doc. No. 17) is granted, with the parties directed to prepare a stipulation and proposed order for the court's consideration, and defendants' motion for sanctions (Doc. No. 32) is denied.

        IT IS SO ORDERED.

DATED: November 16, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\knowles3470.oah.111610