1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    PETER KNOWLES,

11            Plaintiff,                    No. CIV S-09-3470 WBS DAD

12        v.

13    CITY OF BENICIA, et al.,              <u>ORDER</u>

14            Defendants.

15    _____/

16            This matter came before the court on February 4, 2011, for hearing of defendants'

17    motion to compel an independent mental examination (IME) of plaintiff, as well as plaintiff's

18    "cross-motion" for a protective order regarding the conditions of the IME.  Also before the court

19    were the parties' requests to seal certain documents submitted in support of their motions.  Geri

20    L. Green, Esq. appeared for plaintiff Peter Knowles, who was also present.  Danielle K. Lewis,

21    Esq. appeared for defendants.

22            Upon consideration of the parties' arguments on file and at the hearing, and for

23    the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

24            1.  The parties' requests to seal documents (Doc. Nos. 54 and 60) are denied;

25            2.  Defendants' motion to compel an IME of plaintiff (Doc. No. 49) is granted;

26    and

1

3.  Plaintiff's motion for protective order regarding the conditions of plaintiff's IME (Doc. No. 55) is granted in part and denied in part.  The IME by Ronald Roberts, Ph.D., shall proceed on February 7, 2011, and shall be limited to a maximum of 5 and 1/2 hours. Subject to an opportunity for Dr. Roberts to explain why a different order is necessary, the IME shall begin with testing that does not exceed 3 hours, with a 15-minute break at an appropriate breaking point.  A 1-hour lunch break shall then be provided.  The examination shall conclude with an interview that does not exceed 2 and 1/2 hours, with a 15-minute break at an appropriate breaking point.  One of plaintiff's attorneys may be on site but may not be visible to plaintiff during the IME and may not interrupt or be involved in any way in any of the sessions, conferring with plaintiff only during the short breaks and lunch break provided for above.  All test results obtained and all written reports produced by Dr. Roberts must be provided to plaintiff's counsel, along with any recording that is made during the IME, so long as plaintiff provides defendants' counsel with reciprocal discovery of all test results, written reports, and records containing findings, diagnoses, and conclusions, including any such documents that result from examinations obtained by plaintiff for rebuttal purposes.  The mutual exchange of documents in this regard shall not include the notes of the examining or treating mental health professionals. The undersigned will be available on the morning of February 7, 2011, commencing at 9:00 a.m., in the event that further court assistance is needed with regard to plaintiff's IME.

DATED: February 4, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\knowles3470.oah.020411