ERNEST GALVAN – 196065
LESLIE C. MEHTA – 258512
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, 10th Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: egalvan@rbg-law.com

GERI LYNN GREEN – 127709
LAW OFFICES OF GERI LYNN GREEN, LC
155 Montgomery Street, Suite 901
San Francisco, California 94104-4166
Telephone: (415) 982-2600
Facsimile: (415) 358-4562
Email: gerilynngreen@gmail.com

Attorneys for Plaintiff PETER KNOWLES

GREGG A. THORNTON – 146282
JENNIFER L. RUSNAK – 247054
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, California 94105-4537
Telephone: (415) 979-0400
Facsimile: (415) 979-2099
Email: gthornton@selmanbreitman.com
jrusnak@selmanbreitman.com

Attorneys for Defendants CITY OF BENICIA, SANDRA SPAGNOLI, JIM ERICKSON, FRANK HARTIG, BOB OETTINGER, CHRIS BIDOU, SCOTT PRZEKURAT, JOHN McFADDEN, MARK MENESINI, JAMES LAUGHTER, KEVIN ROSE, JASON EAKIN, TED CRIADO, JAKE HEINEMEYER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KNOWLES,<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF BENICIA, Police Chief SANDRA SPAGNOLI, City Manager JIM ERICKSON, Sergeant FRANK HARTIG, Sergeant BOB OETTINGER, Sergeant CHRIS BIDOU, Sergeant SCOTT PRZEKURAT, Officer JOHN McFADDEN, Officer MARK MENESINI, Officer JAMES LAUGHTER, Officer KEVIN ROSE, Officer JASON EAKIN, Officer, TED CRIADO, Officer JAKE HEINEMEYER, and DOES I through XXX, inclusive,<br><br>     Defendants. | Case No. 2:09-CV-03470-WBS-DAD<br><br>**STIPULATED REQUEST AND ORDER FOR MODIFICATION OF PRETRIAL SCHEDULE, PURSUANT TO SECTION IX OF PRETRIAL SCHEDULING ORDER OF MAY 12, 2010 (DOCKET ENTRY 11)**<br><br>Hearing: No Hearing Requested<br><br>E.D. CAL LOCAL RULES 143(b); 144(b)<br><br>COMPLAINT FILED: December 16, 2009 |

STIPULATED REQUEST AND ORDER FOR MODIFICATION OF PRETRIAL SCHEDULE, PURSUANT TO SECTION IX OF PRETRIAL SCHEDULING ORDER OF MAY 12, 2010 (DOCKET ENTRY 11) - CASE NO. 2:09-CV-03470-WBS-DAD

[482662-1]

The parties to the above-captioned action, through their respective counsel, stipulate as follows:

1. Following the exchange of Rule 26 expert reports, counsel for the parties have engaged in good faith meet and confer efforts with respect to certain procedures to ensure access to information underlying the opinions of psychological experts. The parties on March 9, 2011, filed a stipulated request for further protective order to address the results of this meet and confer process. In order to timely complete expert witness discovery following the Court's approval of the additional protective order, and following additional disclosures of information thereafter, the parties hereby jointly request the amendment of a portion of the Scheduling Order as follows:

2. The deadline for Rebuttal Expert Disclosure and Reports, currently set for March 15, 2011, shall be extended to and including March 31, 2011;

3. The deadline to complete depositions of all expert witnesses, including any treating physicians or mental health providers, currently set for March 31, 2011, shall be extended to and including April 29, 2011; and

4. The last day for Motions to Compel Discovery pertaining to experts so that such Motions may be heard and resulting orders obeyed shall be extended to and including April 29, 2011.

5. Pursuant to Local Rule 144(b), the parties have previously obtained one extension of time with respect to the Scheduling Order in this matter, which was approved by the Court and filed on December 1, 2010 [*See* Docket at Document No. 40, Stipulated Request and Order For Modification of Pretrial Schedule Pursuant to Section IX of Pretrial Scheduling Order of May 12, 2010 (Docket Entry 11).]

6. The proposed dates will not require a change in any of the other dates set forth in the current scheduling order set forth in the Court's December 1, 2010 order, including the date set for Trial in this matter. If, as proposed here, the expert discovery dates are separated from the non-expert discovery dates, then the non-expert discovery dates also do not need to be changed. The table below shows the existing dates, and the proposed new dates, with the additional of separate non-expert and expert discovery dates.

7. The parties submit this request for modification of the Scheduling Order to the Magistrate Judge in accordance with the May 13, 2010 Pretrial Scheduling Order which states "Any requests to modify the dates or terms of this Scheduling Order, except requests to change the date of the trial, may be heard and decided by the assigned Magistrate Judge. All requests to change the trial date shall be heard and decided only by the undersigned judge." [*See* Docket at Document No. 11, Status (Pretrial Scheduling) Order.] This request does not include any modification of the date of trial.

8. THEREFORE, THE PARTIES STIPULATE AND AGREE to seek the following modifications of the Pretrial Schedule (changed dates shown in **bold**):

| EVENT | 12/1/2010 SCHEDULING ORDER (Dkt. No. 40 at 2-3) | NEW DATE SOUGHT |
| --- | --- | --- |
| Rebuttal Expert Disclosure & Reports | March 15, 2011 | **March 31, 2011** |
| *Non-Expert* Discovery Cut-off | March 31, 2011 | March 31, 2011 |
| Motions to Compel *Non-Expert* Discovery To Be Noticed So That Motions May Heard and Resulting Orders Obeyed | March 31, 2011 | March 31, 2011 |
| *Expert* Discovery Cut-off | March 31, 2011 | **April 29, 2011** |
| Motions to Compel *Expert* Discovery To Be Noticed So That Motions May Heard and Resulting Orders Obeyed | March 31, 2011 | **April 29, 2011** |
| Last Day to Hear Dispositive Motions | April 25, 2011 | April 25, 2011 |
| Pre-Trial Conference | May 31, 2011 | May 31, 2011 |
| Trial Date | July 12, 2011 | July 12, 2011 |

1 | Dated: March 9, 2011     Respectfully submitted,

2 |                                     ROSEN, BIEN & GALVAN, LLP

3 |                                     By:  /s/ Ernest Galvan
                                                 ERNEST GALVAN

4 |                                                  Attorneys for Plaintiff PETER KNOWLES

5 |

6 | Dated: March 9, 2011     SELMAN BREITMAN, LLP

7 |                                     By:  /s/ Jennifer L. Rusnak (authorized on March 9, 2011)
                                                 JENNIFER L. RUSNAK

8 |                                          Attorneys for Defendants CITY OF BENICIA, SANDRA
                                        SPAGNOLI, JIM ERICKSON, FRANK HARTIG, BOB

9 |                                         OETTINGER, CHRIS BIDOU, SCOTT PRZEKURAT, JOHN
                                        McFADDEN, MARK MENESINI, JAMES LAUGHTER,

10 |                                        KEVIN ROSE, JASON EAKIN, TED CRIADO, and JAKE
                                        HEINEMEYER

11 |

12 |                                                                **ORDER**

13 |       **IT IS SO ORDERED.**

14 | **Date: 3/15/2011**

15 |

16 |                                           DALE A. DROZD

17 |                                           UNITED STATES MAGISTRATE JUDGE

18 |

19 |

20 | Ddad1\orders.civil\knowles3470.stipord.schedo.mod2

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |