UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KNOWLES,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BENICIA, Police Chief SANDRA SPAGNOLI, City Manager JIM ERICKSON, Sergeant FRANK HARTIG, Sergeant BOB OETTINGER, Sergeant CHRIS BIDOU, Sergeant SCOTT PRZEKURAT, Officer JOHN McFADDEN, Officer MARK MENESINI, Officer JAMES LAUGHTER, Officer KEVIN ROSE, Officer JASON EAKIN, Officer TED CRIADO, Officer JAKE HEINEMEYER and DOES I through XXX, inclusive,<br><br>    Defendants. | CASE NO. 2:09-CV-03470-WBS-DAD<br><br>**ORDER RE: STIPULATION TO BIFURCATE DISCOVERY AND TRIAL** |

    The court having conferred with counsel on their request to bifurcate discovery and trial, hereby DENIES the request to bifurcate the trial.  The parties may by stipulation extend the time for discovery on the issue of punitive damages without the need for formal court approval, provided that the stipulation does not affect the dates previously set for final pre-trial conference and trial.

    IT IS SO ORDERED.

    Dated: March 18, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
**STIPULATION TO BIFURCATE DISCOVERY AND TRIAL RE: PUNITIVE DAMAGES; [PROPOSED] ORDER THEREON
CASE NO. 2:09-CV-03470-WBS-DAD**