UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PETER KNOWLES,

      Plaintiff,

  v.

CITY OF BENICIA, Police Chief SANDRA SPAGNOLI, City Manager JIM ERICKSON, Sergeant FRANK HARTIG, Sergeant BOB OETTINGER, Sergeant CHRIS BIDOU, Sergeant SCOTT PRZEKURAT, Officer JOHN MCFADDEN, Officer MARK MENESINI, Officer JAMES LAUGHTER, Officer KEVIN ROSE, Officer JASON EAKIN, Officer, TED CRIADO, Officer JAKE HEINEMEYER, and DOES 1 through XXX, inclusive,

      Defendants.

NO. CIV. 2:09-3470 WBS DAD

<u>ORDER RE: STATUS CONFERENCE</u>

----oo0oo----

      The court has granted plaintiff's motion for summary adjudication on the issue of Frank Hartig's liability for violating plaintiff's Fourth Amendment rights by arresting him on December 23, 2007. While Hartig did not formally move for

1

1  summary judgment on his defense of qualified immunity, he opposed
2  the motion in part on qualified immunity grounds.  In granting
3  plaintiff's motion, the court explicitly rejected Hartig's
4  defense of qualified immunity.
5          It accordingly appears that the court's Order is
6  immediately appealable.  See <u>Wilkinson v. Torres</u>, 610 F.3d 546,
7  549 (9th Cir. 2010) (citing <u>Scott v. Harris</u>, 550 U.S. 372, 376
8  n.2 (2007)).  A Status Conference is therefore set for **<u>April 4,</u>**
9  **<u>2011, at 2:00 p.m.</u>** in Courtroom No. 5.  Counsel shall be prepared
10 to advise the court on whether Hartig intends to file an appeal
11 from the court's Order and, if so, the extent to which further
12 proceedings in this actions should be stayed pending such appeal.
13         IT IS SO ORDERED.
14 DATED:  March 25, 2011

                                    _____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

2