```
1  GREGG A. THORNTON (SBN 146282)
   DANIELLE K. LEWIS (SBN 218274)
2  JENNIFER L. RUSNAK (SBN 247054)
   SELMAN BREITMAN LLP
3  33 New Montgomery, Sixth Floor
   San Francisco, CA  94105
4  Telephone: (415) 979-0400
   Facsimile: (415) 979-2099
5
   Attorneys for Defendants
6  CITY OF BENICIA, Police Chief
   SANDRA SPAGNOLI, City Manager
7  JIM ERICKSON, Sergeant FRANK
   HARTIG, Sergeant BOB OETTINGER,
8  Sergeant CHRIS BIDOU, Sergeant
   SCOTT PRZEKURAT, Officer JOHN
9  McFADDEN, Officer MARK MENESINI,
   Officer JAMES LAUGHTER, Officer
10 KEVIN ROSE, Officer JASON EAKIN,
   Officer TED CRIADO and Officer
11 JAKE HEINEMEYER
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KNOWLES,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF BENICIA, Police Chief SANDRA SPAGNOLI, City Manager JIM ERICKSON, Sergeant FRANK HARTIG, Sergeant BOB OETTINGER, Sergeant CHRIS BIDOU, Sergeant SCOTT PRZEKURAT, Officer JOHN McFADDEN, Officer MARK MENESINI, Officer JAMES LAUGHTER, Officer KEVIN ROSE, Officer JASON EAKIN, Officer TED CRIADO, Officer JAKE HEINEMEYER and DOES I through XXX, inclusive,<br><br>    Defendants. | CASE NO.  2:09-CV-03470-WBS-DAD<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY COUNSEL FOR DEFENDANTS AT APRIL 4, 2011, STATUS CONFERENCE** |

Upon consideration of the Request for Telephonic Appearance by Counsel for Defendants at the April 4, 2011, Status

1

**[PROPOSED] ORDER**
**2:09-CV-03470-WBS-DAD**

219541.1 555.28280

1  Conference, and good cause appearing therefore, the Request is
2  hereby GRANTED.  Counsel for defendants may appear telephonically
3  at the Status Conference scheduled on April 4, 2011, at 2:00 p.m.
4  The courtroom deputy shall initiate the telephone conference
5  call.

7  **IT IS SO ORDERED:**

9  Dated: March 31, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

**[PROPOSED] ORDER**
**2:09-CV-03470-WBS-DAD**