SANFORD JAY ROSEN – 062566
ERNEST GALVAN – 196065
LESLIE C. MEHTA – 258512
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, 10th Floor
San Francisco, California 94104-1823
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
Email:         srosen@rbg-law.com
                   egalvan@rbg-law.com
                   lmehta@rbg-law.com

GERI LYNN GREEN – 127709
LAW OFFICES OF GERI LYNN GREEN, LC
155 Montgomery Street, Suite 901
San Francisco, California 94104-4166
Telephone:   (415) 982-2600
Facsimile:    (415) 358-4562
Email:         gerilynngreen@gmail.com

Attorneys for Plaintiff PETER KNOWLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KNOWLES,<br><br>              Plaintiff,<br><br>       v.<br><br>CITY OF BENICIA, Police Chief SANDRA SPAGNOLI, City Manager JIM ERICKSON, Sergeant FRANK HARTIG, Sergeant BOB OETTINGER, Sergeant CHRIS BIDOU, Sergeant SCOTT PRZEKURAT, Officer JOHN McFADDEN, Officer MARK MENESINI, Officer JAMES LAUGHTER, Officer KEVIN ROSE, Officer JASON EAKIN, Officer, TED CRIADO, Officer JAKE HEINEMEYER, and DOES I through XXX, inclusive,<br><br>              Defendants. | Case No. 2:09-CV-03470-WBS-DAD<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR HIS COUNSEL TO APPEAR TELEPHONICALLY FOR APRIL 4, 2011 STATUS CONFERENCE** |

[490445-1]

ORDER GRANTING PLAINTIFF'S REQUEST FOR HIS COUNSEL TO APPEAR TELEPHONICALLY FOR APRIL 4, 2011 STATUS CONFERENCE - CASE NO. 2:09-CV-03470-WBS-DAD

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

After full consideration of the Request that Plaintiff's counsel appear telephonically, and good cause appearing therefor:

The Request that Plaintiff's counsel appear telephonically for the April 4, 2011 status conference in this matter is hereby GRANTED. The courtroom deputy shall initiate the telephone conference call.

IT IS SO ORDERED.

DATED: March 31, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING PLAINTIFF'S REQUEST FOR HIS COUNSEL TO APPEAR TELEPHONICALLY FOR APRIL 4, 2011 STATUS CONFERENCE - CASE NO. 2:09-CV-03470-WBS-DAD

[490445-1]