GREGG A. THORNTON (SBN 146282)
DANIELLE K. LEWIS (SBN 218274)
JENNIFER L. RUSNAK (SBN 247054)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
CITY OF BENICIA, Police Chief
SANDRA SPAGNOLI, City Manager
JIM ERICKSON, Sergeant FRANK
HARTIG, Sergeant BOB OETTINGER,
Sergeant CHRIS BIDOU, Sergeant
SCOTT PRZEKURAT, Officer JOHN
McFADDEN, Officer MARK MENESINI,
Officer JAMES LAUGHTER, Officer
KEVIN ROSE, Officer JASON EAKIN,
Officer TED CRIADO and Officer
JAKE HEINEMEYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PETER KNOWLES, | CASE NO.  2:09-CV-03470-WBS-DAD |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE DEADLINE TO COMPLETE OUTSTANDING DISCOVERY MATTERS; REQUEST TO CONTINUE PRETRIAL CONFERENCE AND ORDER THEREON** |
| v. | |
| CITY OF BENICIA, Police Chief SANDRA SPAGNOLI, City Manager JIM ERICKSON, Sergeant FRANK HARTIG, Sergeant BOB OETTINGER, Sergeant CHRIS BIDOU, Sergeant SCOTT PRZEKURAT, Officer JOHN McFADDEN, Officer MARK MENESINI, Officer JAMES LAUGHTER, Officer KEVIN ROSE, Officer JASON EAKIN, Officer TED CRIADO, Officer JAKE HEINEMEYER and DOES I through XXX, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between plaintiff Peter

Knowles, through his counsel of record, and defendants City of

1

Selman Breitman LLP

ATTORNEYS AT LAW

219969.1 555.28280

1   Benicia, Police Chief Sandra Spagnoli, City Manager Jim Erickson,

2   Sergeant Frank Hartig, Sergeant Bob Oettinger, Sergeant Chris

3   Bidou, Sergeant Scott Przekurat, Officer John McFadden, Officer

4   Mark Menesini, Officer James Laughter, Officer Kevin Rose,

5   Officer Jason Eakin, Officer Ted Criado, and Officer Jake

6   Heinemeyer, through their counsel of record, as follows:

7       The above is stipulated to by the respective counsel for the

8   **PARTIES** as follows:

9       1.   The parties have agreed to participate in a mediation

10  of this matter, which is scheduled for April 28, 2011.  In an

11  effort to minimize costs incurred prior to mediation, the parties

12  have agreed to continue the deadlines to complete outstanding

13  discovery matters, as outlined below.  In addition, in order to

14  enable to the parties to timely complete mediation and the

15  outstanding discovery matters following mediation, if necessary,

16  the parties have agreed to continue the pretrial conference in

17  this matter, subject to the court's approval.  The parties have

18  agreed on a set of dates to which the relevant dates shall be

19  continued to allow these matters to be concluded, and without

20  requiring a change in the Trial Date.

21      2.   Pursuant to Local Rule 144(b), the PARTIES have

22  previously obtained two extensions of time with respect to the

23  Scheduling Order in this matter:  the first was approved by the

24  Court and filed on December 1, 2010 [*See* Docket at Document No.

25  40, Stipulated Request and Order For Modification of Pretrial

26  Schedule Pursuant to Section IX of Pretrial Scheduling Order of

27  May 12, 2010 (Docket Entry 11); and the second was approved by

28

Selman Breitman LLP
ATTORNEYS AT LAW

219969.1  555.28280

1  the Court and filed on March 15, 20011 [*See* Docket at Document

2  No. 108, Stipulated Request and Order for Modification of

3  Pretrial Schedule, Pursuant to Section IX of Pretrial Scheduling

4  Order of May 12, 2010 (Docket Entry 11)]

5      3.    THEREFORE, THE PARTIES STIPULATE AND AGREE to seek the

6  following modifications of the Pretrial Schedule:

7

| EVENT | CURRENT DEADLINE | NEW DATE SOUGHT |
|-------|------------------|-----------------|
| Deadline for defendants to serve responses to plaintiff's financial discovery requests | April 15, 2011 | May 16, 2011 |
| Last day to complete currently pending discovery related to CAD recordings and to complete the deposition of the City of Benicia's person most knowledgeable regarding CAD issues | | May 16, 2011 |
| Last day to complete depositions of witnesses identified in plaintiff's Supplemental Rule 26 Disclosures and Designations, served on March 25, 2011 | April 29, 2011 | May, 16, 2011 |
| Last day to complete depositions of all expert witnesses, including any treating physicians or mental health providers | April 29, 2011 | May 16, 2011 |
| Last day for Motions to Compel expert discovery so that motions may be heard and resulting Orders obeyed | April 29, 2011 | May 16, 2011 |
| Pre-Trial Conference | May 31, 2011 | June 13, 2011 |

STIPULATION TO CONTINUE DEADLINE TO COMPLETE OUTSTANDING DISCOVERY MATTERS;
REQUEST TO CONTINUE PRETRIAL CONFERENCE AND ORDER THEREON
2:09-CV-03470-WBS-DAD

219969.1  555.28280

Selman Breitman
LLP
ATTORNEYS AT LAW

| EVENT | CURRENT DEADLINE | NEW DATE SOUGHT |
|---|---|---|
| Trial Date | July 12, 2011 | July 12, 2011 |

DATED: April 11, 2011      ROSEN, BIEN & GALVAN, LLP


By: ___/s/ Ernest Galvan (as authorized on April 11, 2010)___
         ERNEST GALVAN
         Attorneys for Plaintiff, PETER KNOWLES


DATED: April 11, 2011      SELMAN BREITMAN LLP


By: ___/s/ Jennifer L. Rusnak___
         GREGG A. THORNTON
         DANIELLE K. LEWIS
         JENNIFER L. RUSNAK
         Attorneys for Defendants
         CITY OF BENICIA, Police Chief
         SANDRA SPAGNOLI, City Manager JIM
         ERICKSON, Sergeant FRANK HARTIG,
         Sergeant BOB OETTINGER, Sergeant
         CHRIS BIDOU, Sergeant SCOTT
         PRZEKURAT, Officer JOHN MCFADDEN,
         Officer MARK MENESINI, Officer
         JAMES LAUGHTER, Officer KEVIN ROSE,
         Officer JASON EAKIN, Officer TED
         CRIADO and Officer JAKE HEINEMEYER

STIPULATION TO CONTINUE DEADLINE TO COMPLETE OUTSTANDING DISCOVERY MATTERS;
REQUEST TO CONTINUE PRETRIAL CONFERENCE AND ORDER THEREON
2:09-CV-03470-WBS-DAD

219969.1  555.28280

Selman Breitman LLP

ATTORNEYS AT LAW

**ORDER**

The district judge assigned to this case recently granted the parties leave "to continue any dates prior to the pretrial conference (without court order)." (Doc. No. 125.) The parties have stipulated to continue dates prior to the pretrial conference and now request that the pretrial conference be continued to accommodate the new dates. Good cause appearing, the request is granted, and the pretrial conference is continued to June 13, 2011. **IT IS SO ORDERED.**

**DATED: April 21, 2011**

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1\orders.civil\knowles3470.stipord.schedo.mod3

STIPULATION TO CONTINUE DEADLINE TO COMPLETE OUTSTANDING DISCOVERY MATTERS;
REQUEST TO CONTINUE PRETRIAL CONFERENCE AND ORDER THEREON
2:09-CV-03470-WBS-DAD

219969.1  555.28280