| | |
|---|---|
| SANFORD JAY ROSEN – 062566<br>ERNEST GALVAN – 196065<br>LESLIE C. MEHTA – 258512<br>ROSEN, BIEN & GALVAN, LLP<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>Email: srosen@rbg-law.com<br>egalvan@rbg-law.com<br>lmehta@rbg-law.com | GREGG A. THORNTON – 146282<br>JENNIFER L. RUSNAK – 247054<br>SELMAN BREITMAN LLP<br>33 New Montgomery, Sixth Floor<br>San Francisco, California 94105-4537<br>Telephone: (415) 979-0400<br>Facsimile: (415) 979-2099<br>Email: gthornton@selmanbreitman.com<br>jrusnak@selmanbreitman.com |
| GERI LYNN GREEN – 127709<br>LAW OFFICES OF GERI LYNN GREEN, LC<br>155 Montgomery Street, Suite 901<br>San Francisco, California 94104-4166<br>Telephone: (415) 982-2600<br>Facsimile: (415) 358-4562<br>Email: gerilynngreen@gmail.com | Attorneys for Defendants CITY OF BENICIA, SANDRA SPAGNOLI, JIM ERICKSON, FRANK HARTIG, BOB OETTINGER, CHRIS BIDOU, SCOTT PRZEKURAT, JOHN McFADDEN, MARK MENESINI, JAMES LAUGHTER, KEVIN ROSE, JASON EAKIN, TED CRIADO, JAKE HEINEMEYER |

Attorneys for Plaintiff PETER KNOWLES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KNOWLES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BENICIA, Police Chief SANDRA SPAGNOLI, City Manager JIM ERICKSON, Sergeant FRANK HARTIG, Sergeant BOB OETTINGER, Sergeant CHRIS BIDOU, Sergeant SCOTT PRZEKURAT, Officer JOHN McFADDEN, Officer MARK MENESINI, Officer JAMES LAUGHTER, Officer KEVIN ROSE, Officer JASON EAKIN, Officer, TED CRIADO, Officer JAKE HEINEMEYER, and DOES I through XXX, inclusive,<br><br>　　　　Defendants. | Case No. 2:09-CV-03470-WBS-DAD<br><br>**ORDER GRANTING PARTIES' REQUEST TO CONTINUE MAY 16, 2011 STATUS CONFERENCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

After full consideration of the Stipulation Requesting Continuance of May 16, 2011 Status Conference and Notification of Settlement in which the parties request that the May 16, 2011 telephonic status conference be continued to the Court's next available date after May 18, 2011, and good cause appearing therefor:

The Request that the May 16, 2011 telephonic status conference in this matter be continued is hereby GRANTED.  The telephonic status conference is now set for **May 31, 2011 at 2:00 P.M.**

IT IS SO ORDERED.

DATED:  May 4, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE