GREGG A. THORNTON (SBN 146282)
DANIELLE K. LEWIS (SBN 218274)
JENNIFER L. RUSNAK (SBN 247054)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
CITY OF BENICIA, Police Chief
SANDRA SPAGNOLI, City Manager
JIM ERICKSON, Sergeant FRANK
HARTIG, Sergeant BOB OETTINGER,
Sergeant CHRIS BIDOU, Sergeant
SCOTT PRZEKURAT, Officer JOHN
McFADDEN, Officer MARK MENESINI,
Officer JAMES LAUGHTER, Officer
KEVIN ROSE, Officer JASON EAKIN,
Officer TED CRIADO and Officer
JAKE HEINEMEYER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER KNOWLES,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF BENICIA, Police Chief SANDRA SPAGNOLI, City Manager JIM ERICKSON, Sergeant FRANK HARTIG, Sergeant BOB OETTINGER, Sergeant CHRIS BIDOU, Sergeant SCOTT PRZEKURAT, Officer JOHN McFADDEN, Officer MARK MENESINI, Officer JAMES LAUGHTER, Officer KEVIN ROSE, Officer JASON EAKIN, Officer TED CRIADO, Officer JAKE HEINEMEYER and DOES I through XXX, inclusive,<br><br>        Defendants. | CASE NO.  2:09-CV-03470-WBS-DAD<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this

action, through their respective attorneys of record, that the

above-captioned action be, and hereby is, dismissed with

prejudice pursuant to Federal Rule of Civil Procedure

1

Selman Breitman LLP
ATTORNEYS AT LAW

1   41(a)(1)(A)(ii), each side to bear its own fees and costs.

2       IT IS FURTHER STIPULATED by and between the parties to this

3   action, through their respective attorneys of record, that this

4   court shall retain jurisdiction over this matter for the purpose

5   of enforcing the release and settlement agreement between the

6   parties to this action.

7

8   DATED: May 17, 2011        ROSEN, BIEN & GALVAN LLP

9

10                            By: _ /s/ Sanford Jay Rosen (as_____
                                 authorized on May 17, 2011)_____
11                                   SANFORD JAY ROSEN
                                     Attorneys for Plaintiff
12                                   PETER KNOWLES

13
    DATED: May 17, 2011        SELMAN BREITMAN LLP
14

15                            By: _ /s/ Gregg A. Thornton_____
                                  GREGG A. THORNTON
16                                Attorneys for Defendants
                                  CITY OF BENICIA, Police Chief
17                                SANDRA SPAGNOLI, City Manager JIM
                                  ERICKSON, Sergeant FRANK HARTIG,
18                                Sergeant BOB OETTINGER, Sergeant
                                  CHRIS BIDOU, Sergeant SCOTT
19                                PRZEKURAT, Officer JOHN MCFADDEN,
                                  Officer MARK MENESINI, Officer
20                                JAMES LAUGHTER, Officer KEVIN ROSE,
                                  Officer JASON EAKIN, Officer TED
21                                CRIADO and Officer JAKE HEINEMEYER

22

23

24

25

26

27

28

Selman Breitman LLP
ATTORNEYS AT LAW

2

**STIPULATION AND ORDER OF DISMISSAL**
**CASE NO. 2:09-CV-03470-WBS-DAD**

1                                    **ORDER**

2          **IT IS SO ORDERED.**

3

4     Dated: _____          By: _____
                                              Honorable William B. Schubb
5                                             United States District Judge
                                              Eastern District of California
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL
CASE NO. 2:09-CV-03470-WBS-DAD

222277.1  555.28280