GREGG A. THORNTON (SBN 146282)
DANIELLE K. LEWIS (SBN 218274)
JENNIFER L. RUSNAK (SBN 247054)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
CITY OF BENICIA, Police Chief SANDRA SPAGNOLI, City Manager JIM ERICKSON, Sergeant FRANK HARTIG, Sergeant BOB OETTINGER, Sergeant CHRIS BIDOU, Sergeant SCOTT PRZEKURAT, Officer JOHN McFADDEN, Officer MARK MENESINI, Officer JAMES LAUGHTER, Officer KEVIN ROSE, Officer JASON EAKIN, Officer TED CRIADO and Officer JAKE HEINEMEYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KNOWLES,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF BENICIA, Police Chief SANDRA SPAGNOLI, City Manager JIM ERICKSON, Sergeant FRANK HARTIG, Sergeant BOB OETTINGER, Sergeant CHRIS BIDOU, Sergeant SCOTT PRZEKURAT, Officer JOHN McFADDEN, Officer MARK MENESINI, Officer JAMES LAUGHTER, Officer KEVIN ROSE, Officer JASON EAKIN, Officer TED CRIADO, Officer JAKE HEINEMEYER and DOES I through XXX, inclusive,<br><br>        Defendants. | CASE NO.  2:09-CV-03470-WBS-DAD<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective attorneys of record, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure

1

41(a)(1)(A)(ii), each side to bear its own fees and costs.

    IT IS FURTHER STIPULATED by and between the parties to this action, through their respective attorneys of record, that this court shall retain jurisdiction over this matter for the purpose of enforcing the release and settlement agreement between the parties to this action.

DATED: May 17, 2011    ROSEN, BIEN & GALVAN LLP

By: _ /s/ Sanford Jay Rosen (as authorized on May 17, 2011)_____
    SANFORD JAY ROSEN
    Attorneys for Plaintiff
    PETER KNOWLES

DATED: May 17, 2011    SELMAN BREITMAN LLP

By: _ /s/ Gregg A. Thornton_____
    GREGG A. THORNTON
    Attorneys for Defendants
    CITY OF BENICIA, Police Chief
    SANDRA SPAGNOLI, City Manager JIM
    ERICKSON, Sergeant FRANK HARTIG,
    Sergeant BOB OETTINGER, Sergeant
    CHRIS BIDOU, Sergeant SCOTT
    PRZEKURAT, Officer JOHN MCFADDEN,
    Officer MARK MENESINI, Officer
    JAMES LAUGHTER, Officer KEVIN ROSE,
    Officer JASON EAKIN, Officer TED
    CRIADO and Officer JAKE HEINEMEYER

**ORDER**

    **IT IS SO ORDERED.**

Dated: May 18, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE