GREGG A. THORNTON (SBN 146282)
DANIELLE K. LEWIS (SBN 218274)
JENNIFER L. RUSNAK (SBN 247054)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
CITY OF BENICIA, Police Chief SANDRA SPAGNOLI, City Manager JIM ERICKSON, Sergeant FRANK HARTIG, Sergeant BOB OETTINGER, Sergeant CHRIS BIDOU, Sergeant SCOTT PRZEKURAT, Officer JOHN McFADDEN, Officer MARK MENESINI, Officer JAMES LAUGHTER, Officer KEVIN ROSE, Officer JASON EAKIN, Officer TED CRIADO and Officer JAKE HEINEMEYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KNOWLES,<br><br>             Plaintiff,<br><br>     v.<br><br>CITY OF BENICIA, Police Chief SANDRA SPAGNOLI, City Manager JIM ERICKSON, Sergeant FRANK HARTIG, Sergeant BOB OETTINGER, Sergeant CHRIS BIDOU, Sergeant SCOTT PRZEKURAT, Officer JOHN McFADDEN, Officer MARK MENESINI, Officer JAMES LAUGHTER, Officer KEVIN ROSE, Officer JASON EAKIN, Officer TED CRIADO, Officer JAKE HEINEMEYER and DOES I through XXX, inclusive,<br><br>             Defendants. | CASE NO.  2:09-CV-03470-WBS-DAD<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective attorneys of record, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure

1

1   41(a)(1)(A)(ii), each side to bear its own fees and costs.

2       IT IS FURTHER STIPULATED by and between the parties to this
3   action, through their respective attorneys of record, that this
4   court shall retain jurisdiction over this matter for the purpose
5   of enforcing the release and settlement agreement between the
6   parties to this action.

8   DATED: May 17, 2011          ROSEN, BIEN & GALVAN LLP

10                               By: _ /s/ Sanford Jay Rosen (as_____
                                     authorized on May 17, 2011)_____
11                                   SANFORD JAY ROSEN
                                     Attorneys for Plaintiff
12                                   PETER KNOWLES

14  DATED: May 17, 2011          SELMAN BREITMAN LLP

15                               By: _  /s/ Gregg A. Thornton_____
                                     GREGG A. THORNTON
16                                   Attorneys for Defendants
                                     CITY OF BENICIA, Police Chief
17                                   SANDRA SPAGNOLI, City Manager JIM
                                     ERICKSON, Sergeant FRANK HARTIG,
18                                   Sergeant BOB OETTINGER, Sergeant
                                     CHRIS BIDOU, Sergeant SCOTT
19                                   PRZEKURAT, Officer JOHN MCFADDEN,
                                     Officer MARK MENESINI, Officer
20                                   JAMES LAUGHTER, Officer KEVIN ROSE,
                                     Officer JASON EAKIN, Officer TED
21                                   CRIADO and Officer JAKE HEINEMEYER

Selman Breitman LLP
ATTORNEYS AT LAW

**ORDER**

    **IT IS SO ORDERED.**

Dated: May 18, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE